# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALETA MILLET

VERSUS

JOSHUA M. PALMINTIER, MONICA
G. MOTON AND ABC INSURANCE
COMPANY

NO.   2020 CW 1242

**FEB 1 8 2021**

---

In Re:   Aleta Millet, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 692412.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**VGW**

   **Chutz, J.,** concurs and would deny the writ.

   **Welch, J.,** dissents and would grant the writ as there is no evidence in the record to support the setting of the bond.

COURT OF APPEAL, FIRST CIRCUIT

a.s~

---
DEPUTY CLERK OF COURT
FOR THE COURT